IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MICHAEL BANKOFF                          :
                                         :
                    v.                   :        CIVIL ACTION NO. 09-CV-2042
                                         :
COMMONWEALTH OF PENNSYLVANIA,            :
ET AL.                                   :

## O R D E R

**AND NOW**, this __2nd__ day of __February__, 2010, upon careful and independent

consideration of the petition for writ of habeas corpus, after review of the Report and

Recommendation of United States Magistrate Judge David R. Strawbridge, and it appearing that

no objections to the Report and Recommendation have been filed, it is ORDERED as follows:

    1.      The Report and Recommendation is APPROVED and ADOPTED.

    2.      The petition for a writ of habeas corpus is DISMISSED; and

    3.      There is <u>no</u> basis for the issuance of a certificate of appealability.



                                   BY THE COURT:



                                   _____
                                   **R. BARCLAY SURRICK, J.**